United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 18-15894-MW
Kamari Lashon Williams                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-6          User: admin              Page 1 of 1              Date Rcvd: Oct 22, 2018
                              Form ID: 318a            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
db              +Kamari Lashon Williams,    22815 Pahute Dr.,    Moreno Valley, CA 92553-7847
38629777        +Ad Astra Recovery Services,    7330 W. 33rd St.N. #118,    Wichita, KS 67205-9370
38629778        +Arrowhead Credit Union,    P.O. Box 4100,    Rancho Cucamonga, CA 91729-4100
38629779         Credit Collections Services,    T725 Canton St.,    Norwood, MA 02062
38629780         ERC,    P.O. Box 23870,   Jacksonville, FL 32241-3870
38629785        +SMC/Daniels,    PO Box 3750,    Culver City, CA 90231-3750
38629784        +Sequoia Financial Service,    28632 Roadside Drive, Suite 110,    Agoura Hills, CA 91301-6074
38629786        +Superior Court of CA - Riverside,    4050 Main Street,    Case No.: RIC1806505,
                  Riverside, CA 92501-3702
38629787        +Townsgate Capital,    2801 Townsgate Rd. Ste 370,    Westlake Village, CA 91361-5899

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QRWHITMORE.COM Oct 23 2018 07:28:00     Robert Whitmore (TR),    3600 Lime St Ste 616,
                  Riverside, CA 92501-0933
smg              EDI: EDD.COM Oct 23 2018 07:28:00     Employment Development Dept.,    Bankruptcy Group MIC 92E,
                  P.O. Box 826880,   Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Oct 23 2018 07:28:00     Franchise Tax Board,   Bankruptcy Section MS: A-340,
                  P.O. Box 2952,   Sacramento, CA 95812-2952
38629781         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 23 2018 03:42:49     Regional Acceptance Corp.,
                  P.O. Box 580075,   Charlotte, NC 28258-0075
38629782        +E-mail/Text: bankruptcy@rentacenter.com Oct 23 2018 03:42:02     Rent A Center,
                  2810 W Imperial Hwy,   Inglewood, CA 90303-3112
38629783        +E-mail/Text: bankruptcy@rentacenter.com Oct 23 2018 03:42:02     Rent-a-Center,
                  23819 Sunnymead Boulevard,    Ste. F,   Moreno Valley, CA 92553-7756
38629788        +EDI: USBANKARS.COM Oct 23 2018 07:28:00     US Bank,   P.O. Box 790167,
                  Saint Louis, MO 63179-0167
38629790        +EDI: WFFC.COM Oct 23 2018 07:28:00     Wells Fargo Bank,   420 Montgomery St.,
                  San Francisco, CA 94104-1298
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Townsgate capital corporation
38629789       ##+Vanlochem & Associates LLP,    6565 Sunset Blvd Ste 422,   Los Angeles, CA 90028-7218
                                                                                              TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              Michael D Vanlochem    on behalf of Creditor    Townsgate capital corporation janguiano@vandc.net
              Nicholas M Wajda    on behalf of Debtor Kamari Lashon Williams info@wajdalawgroup.com,
               r47098@notify.bestcase.com
              Robert Whitmore (TR)    rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kamari Lashon Williams** | Social Security number or ITIN **xxx–xx–2379** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **6:18–bk–15894–MW**

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kamari Lashon Williams

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/22/18

**Dated:** 10/22/18

**By the court:**   Mark S Wallace
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

13/AUT

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 2